**STEPHEN F. HENRY, ESQ.**
    **(BAR NO. 142336)**
**MARY KAY LACEY, ESQ.**
    **(BAR NO. 142812)**
**HENRY | LACEY PC**
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
Email: shenry@henrylacey.com
    mklacey@henrylacey.com

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAHANN DANIELS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, DAVID FRIEDER, and DOES ONE THROUGH TEN<br><br>    Defendants. | Case No.: 26-cv-03919-HSG<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE; ORDER (as modified)** |

Plaintiff requests Administrative Relief pursuant to Local Rule 7-11 with regard to the date set by the Court for the Initial Case Management Conference, scheduled via zoom, for August 11, 2026, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m.  Both of Plaintiff's counsel will be traveling between August 5 and August 14, 2026, in a remote area of California where Zoom will be unavailable, and thus cannot appear on August 11, 2026.

Opposing counsel has been informed of this request, stipulates to it, and has confirmed August 25, 2026 as a date they are available for a continued Case Management Conference.

1
**Case No. : 26-cv-03919-HSG**

MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE DATE OF HEARING

Therefore, Plaintiff's counsel respectfully requests that the date on which the Initial Case Management Conference is set be continued to August 25, 2026 or, in the alternative, another date after August 17, 2026 that is convenient to the Court.

Dated: July 9, 2026

HENRY | LACEY PC

By /s/ Stephen Henry_____
STEPHEN F. HENRY
Attorney for Plaintiff

IT IS SO ORDERED. Initial Case Management Conference is set be continued to August 25, 2026, at 2 p.m. via zoom.  The zoom information and instructions remain the same as previously provided in docket no. 10.

Dated:   7/10/2026

_____
UNITED STATES DISTRICT JUDGE

MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE DATE OF HEARING