United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIAHANN DANIELS,
Plaintiff,
v.
U.S. BANK NATIONAL ASSOCIATION,
Defendant.

Case No. 26-cv-03919-HSG

**SCHEDULING ORDER**

An initial case management conference was held on August 25, 2026. Having considered the parties' proposals, *see* Dkt. No. 17, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings / Joinder | October 26, 2026 |
| Close of Fact Discovery | January 22, 2027 |
| Exchange Opening Expert Reports | February 8, 2027 |
| Exchange Rebuttal Expert Reports | February 22, 2027 |
| Close of Expert Discovery | March 8, 2027 |
| Dispositive Motion Hearing Deadline | April 22, 2027, at 2:00 p.m. |
| Pretrial Conference | July 20, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | August 2, 2027, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/26/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California