Joan B. Tucker Fife SBN (144572)
Joan.Fife@winstontaylor.com
Caroline M. Page SBN (313798)
Caroline.Page@winstontaylor.com
WINSTON TAYLOR LLP
101 California Street
21st Floor
San Francisco, CA 94111-5891
Telephone: +1 (415) 591-1000
Facsimile: +1 (415) 591-1400

*Attorneys for Defendant U.S. BANK NATIONAL ASSOCIATION, a national banking association;*

Stephen F. Henry (SBN: 142336)
shenry@henrylacey.com
Mary Kay Lacey (SBN: 142812)
mklacey@henrylacey.com
HENRY | LACEY PC
2625 Alcatraz Avenue, No. 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile: (510) 295-2516

*Attorneys for Plaintiff DIAHANN DANIELS*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

DIAHANN DANIELS, an individual,

Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION, a national banking association, and DOES ONE THROUGH TEN

Defendants.

**Case No. 4:26-cv-03919-HSG**

**JOINT STIPULATION REGARDING ADR; ORDER**

Judge: Hon. Haywood S. Gilliam, Jr.

Action Filed March 2, 2026

Plaintiff Diahann Daniels ("Plaintiff") and Defendant U.S. Bank National Association ("Defendant") by and through their respective counsel of record, hereby stipulate and agree as follows:

The parties agree to privately mediate this case and will schedule the mediation to take place no later than January 29, 2027.

WINSTON TAYLOR LLP

By: *_/s/ Joan B. Tucker Fife_*

Joan B. Tucker Fife
Attorneys for Defendant U.S. Bank National Association
Dated: September 1, 2026

HENRY | LACEY PC

By: *_/s/ Stephen Henry_*

Stephen F. Henry
Attorneys for Plaintiff Diahann Daniels
Dated: September 1, 2026

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: *_/s/ Joan B. Tucker Fife_*
Joan B. Tucker Fife

---

**ORDER**

Good cause appearing, and based on the stipulation of the parties, IT IS HEREBY ORDERED that a private mediation will be conducted in this matter no later than January 29, 2027.

**IT IS SO ORDERED.**

Dated: 9/2/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge